**Opinion issued April 15, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00905-CR

————————————

**NATHANIEL ROBERT BALTRIP, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Case No. 1858519**

---

## MEMORANDUM OPINION

Appellant, Nathaniel Robert Baltrip, appealed the trial court's November 7, 2024 judgment of conviction. On April 4, 2025, appellant's appointed counsel filed a motion to dismiss the appeal, stating that appellant "d[id] not further desire to prosecute [his] appeal" and requesting that the Court "dismiss this appeal."

Appellant and his attorney have signed the motion, and this Court has not issued a decision. *See* TEX. R. APP. P. 42.2(a). Further, more than ten days have passed, and the State has not expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.

Do not publish. TEX. R. APP. P. 47.2(b).